IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARNELL CORNELIUS ROLLINS | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-06-CV-1055-K |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Petitioner's Objections to the Findings and Recommendation of the United States Magistrate Judge, filed on February 6, 2007, and Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge, filed on February 9, 2007, are **OVERRULED**.

SO ORDERED.

Signed this 12th day of February, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE